IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| WW CONTRACTORS INC. | * | |
| Plaintiff | * | |
| vs. | * | Civil Action No.   CCB-18-1341 |
| SARAI INVESTMENT CORPORATION, *et al.* | * | |
| Defendants. | * | |

******

## ORDER

Plaintiff having filed bankruptcy proceedings in which an automatic stay has been issued, it is, this 21 day of June, 2018,

ORDERED that this action be administratively closed without prejudice to the right of either party to move to reopen this action for good cause shown.

/S/ CCB
_____
Catherine C. Blake
United States District Judge